THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-cv-00004-MR-DLH

| | |
|---|---|
| CHRISTOPHER MARLIN HAYNES,                )<br>                                                                        )<br>                         Plaintiff,           )<br>                                                                        )<br>          vs.                                              )<br>                                                                        )<br>                                                                        )<br>CAROLYN W. COLVIN, Acting               )<br>Commissioner of Social Security,          )<br>                                                                        )<br>                         Defendant.        )<br>_____ ) | **JUDGMENT** |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment is **DENIED**; the Plaintiff's Motion to Receive New and Material Evidence, Remand Case, and Request for Stay is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE**.

Signed: October 21, 2013

_____
Martin Reidinger
United States District Judge